FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 18 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE HARVEY | Criminal Indictment<br><br>No. 1:15-CR-053 |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, but at least in or about January 2014, and continuing until on or about December 20, 2014, in the Northern District of Georgia and elsewhere, the defendant, EUGENE HARVEY ("HARVEY"), combined, conspired, agreed and had a tacit understanding with M.Q.H. and E.L., unindicted herein, and others known and unknown to the Grand Jury, to violate Title 49, United States Code, Sections 46505(b)(1) and (c), that is, to knowingly, willfully, and with reckless disregard for the safety of human life, have a concealed dangerous weapon, that is, a firearm, on a conspirator's person and in his property, that is and would be accessible to him during flight on an aircraft operating in air transportation.

I.

Means By Which The Object Of The Conspiracy Was To Be Accomplished

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendant HARVEY, while employed as a Ramp Agent/Baggage Handler for Delta Air Lines at Hartsfield-Jackson International Airport ("Hartsfield-Jackson"), would use his Security Identification Display Area ("SIDA") badge and unique personal identification number ("PIN") to access the secure areas of the airport to bring dangerous weapons to M.Q.H. in the airport, such that M.Q.H. would avoid having the Transportation Security Administration ("TSA") recover the weapons during mandatory security screening; those dangerous weapons being at least one of the one hundred thirty-five (135) firearms subsequently recovered from a co-conspirator in New York. An airline employee is permitted to use his SIDA badge and PIN only while on duty and in the furtherance of official work.

2. After smuggling the firearms into the secure area of Hartsfield-Jackson, Defendant HARVEY would transfer the firearms to M.Q.H., who had by this time passed through TSA security screening. M.Q.H. would then conceal the firearms on his person and in his carry-on luggage, and take the firearms into the passenger compartment of Delta Airlines aircrafts, where they were and would have been accessible to him during flights from Hartsfield-Jackson to New York's John F. Kennedy International Airport ("JFK") and LaGuardia Airport ("LaGuardia"). M.Q.H. would provide monetary benefit, to include money and

other items of value, to Defendant HARVEY for his role in smuggling the firearms onto the Delta Airlines aircrafts.

II.

Overt Acts

In furtherance of the conspiracy and to accomplish the object of the conspiracy, Defendant HARVEY together with others, committed various overt acts within the Northern District of Georgia and elsewhere, including, but not limited to, the following:

1. On or about January 31, 2014, at 6:40 a.m., and while on employee leave, Defendant HARVEY entered the SIDA area at Hartsfield-Jackson in possession of firearms. HARVEY and M.Q.H. met at a designated location within the secure passenger area of Hartsfield-Jackson, where HARVEY covertly gave the firearms to M.Q.H. M.Q.H. then flew from Hartsfield-Jackson to La Guardia via Delta Flight 1586, which departed at 7:46 a.m.

2. On or about June 6, 2014, at 5:14 a.m., despite not being scheduled to work, Defendant HARVEY entered the SIDA area at Hartsfield-Jackson in possession of firearms. HARVEY and M.Q.H. met at a designated location within the secure passenger area of Hartsfield-Jackson, where HARVEY covertly gave the firearms to M.Q.H. M.Q.H. then flew from Hartsfield-Jackson to JFK via Delta Flight 1563, which departed at 5:58 a.m.

3. Later that same date, a New York undercover officer made a controlled purchase of two firearms from co-conspirator E.L.

4. On or about August 23, 2014, at 1:15 p.m., despite not being scheduled to work, Defendant HARVEY entered the SIDA area at Hartsfield-Jackson in the possession of firearms. HARVEY and M.Q.H. met at a designated location within the secure passenger area of Hartsfield-Jackson, where HARVEY covertly gave the firearms to M.Q.H. M.Q.H. then flew from Hartsfield-Jackson to JFK via Delta Flight 1419, which departed at 3:07 p.m.

5. On or about August 27, 2014, a New York undercover officer made a controlled purchase of three firearms from E.L.

6. On or about November 24, 2014, at 11:51 a.m., and while on employee vacation, Defendant HARVEY entered the SIDA area at Hartsfield-Jackson in possession of firearms. HARVEY and M.Q.H. met at a designated location within the secure passenger area of Hartsfield-Jackson, where HARVEY covertly gave a duffle bag containing the firearms to M.Q.H. M.Q.H. then flew from Atlanta to La Guardia via Delta Flight 362, which departed at 2:45 p.m.

7. The following day, on November 25, 2014, a New York undercover officer made a controlled purchase of three firearms from E.L.

8. On or about December 10, 2014, at 6:57 a.m., Defendant HARVEY entered the designated SIDA area at Hartsfield-Jackson in the possession of firearms. At 7:27 a.m., M.Q.H submitted for TSA screening. Shortly thereafter, HARVEY and M.Q.H. met at a designated location within the secure passenger area of Hartsfield-Jackson, where HARVEY covertly gave a bag containing firearms to

M.Q.H. Thereafter, M.Q.H. flew from Hartsfield-Jackson to JFK via Delta Flight 2352, which departed at 8:12 a.m.

9. Later that day in New York, M.Q.H. was arrested and found to be in possession of eighteen (18) handguns, seven of which were loaded.

All in violation of Title 49, United States Code, Sections 46505(e) and (c).

## Count Two

The grand jury incorporates by reference the preceding count of the indictment.

On or about December 10, 2014, within the Northern District of Georgia and elsewhere, the defendant EUGENE HARVEY, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly and willfully did engage in the business of dealing in firearms, and in the course of such business did transport in interstate commerce at least one of the following firearms,

- two (2) Glock Model 27, 40 caliber pistols,
- one ARMS Corporation Model Armscor 200, 38 Special caliber revolver,
- one Tarus Model Protector Poly, 357 caliber revolver,
- one Tarus Model 85, 38 Special caliber revolver,
- one Cobra Enterprises Model CA-380, 380 caliber pistol,
- one Taurus Model PT-25, 25 caliber pistol,
- one Smith & Wesson Model SD9VE, 9mm caliber pistol,

- one Tarus Model PT-140, 40 caliber pistol,
- one Glock Model 33, 357 SIG caliber pistol,
- one Smith & Wesson Model SW40VE, 40 caliber pistol,
- one CLERKE Technicorp Model Clerke 1st, 22 long-rifle caliber revolver,
- one Raven Arms, Model MP-25, 25 caliber pistol,
- one Smith & Wesson Model-Bodyguard 380, 380 caliber pistol,
- one CANIK55, semi-automatic, 9mm caliber pistol,
- one Ruger Model-P95DC, 9mm caliber pistol,
- one Kel-Tec Model P11, 9mm caliber pistol, and
- one Smith & Wesson Model SD9VE, 9mm caliber pistol,

and did aid, abet, counsel, and procure the commission of said offense, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and Section 2.

## Count Three

The grand jury incorporates by reference the preceding counts of the indictment.

On or about December 10, 2014, within the Northern District of Georgia and elsewhere, the defendant EUGENE HARVEY, knowingly and willfully entered, in violation of the security requirements prescribed under Title 49, United States Code, Section 44901, an airport area that serves an air carrier, with the intent to evade security procedures or restrictions and with the intent to commit, in the

aircraft and airport area, a felony under the laws of the United States, that is, the crimes charged in Counts One and Two of this Indictment, in violation of Title 49, United States Code, Sections 46314(a) and (b)(2).

A ___True___ BILL

_____
FOREPERSON

JOHN A. HORN
 *Acting United States Attorney*

L. SKYE DAVIS
 *Assistant United States Attorney*
Georgia Bar No. 564709

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404 581-6000