IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>v.<br><br>EUGENE HARVEY<br>DEFENDANT. | Criminal Case No.:<br><br>1:15-CR-053 |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   Any U.S. Marshall, Warden at Ulster Correctional Facility, and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of **Eugene Harvey, # 18R1176,** transported to Atlanta, Georgia, while detained and in the custody of the United States Marshals Service, in order to be made available to appear before the **Honorable Thomas W. Thrash**, U.S. District Chief Judge of the United States District Court for the Northern District of Georgia, at the Courtroom of said Court, at **10:00 a.m., on July 19, 2018, for a Sentencing Hearing**, and from day to day thereafter until discharged by the Court, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Chief Judge of the United States District Court for the Northern District of Georgia, this 21st day of May 2018.

*Thomas W. Thrash* (signature)
THOMAS W. THRASH, JR.
Chief District Judge, N.D.G.A.

cc: AUSA, L. Skye Davis