**MAGISTRATE'S CRIMINAL MINUTES**
**REVOCATION PROCEEDINGS**

**FILED IN OPEN COURT**

DATE: _10/13/20_ @ _1:11_

TAPE: FTR

Time In Court: _____ Hr _20_ Min

MAGISTRATE: ___Christopher C. Bly___   COURTROOM DEPUTY: James Jarvis

CASE NO: _1:15-cr-53-TWT_   DEFENDANT'S NAME _Eugene Harvey_

AUSA: _Erin Sanders_   DEFENDANT'S ATTY _Thomas Hawker_

USPO: _Harrie Wilson_   Type Counsel   ( ) Retained  ( ) CJA  (✓) FDP

## REVOCATION PROCEEDINGS

✓ Initial Appearance HELD.

✓ Order appointing Federal Defender Program.   *IA only*

✓ Preliminary hearing/detention hearing SET FOR   *waived orally*

_____ Waiver filed.

✓ Final revocation hearing   TO BE SET   _10/3/20 @ 10:00_

_____ Final revocation hearing HELD.

_____ Defendant ADMITS the allegations as set forth in the petition.

_____ Court finds probable cause that defendant HAS violated terms of release/probation.

_____ Court ordered defendant's release / probation to be:

_____ Revoked   _____ Terminated   _____ Reinstated/Continued

_____ Vacated   _____ Modified   _____ Written Order to follow

## BOND/DETENTION PROCEEDINGS

_____ Government's Oral Motion for DETENTION filed.

_____ Temporary Commitment ORDERED.

_____ Order of Detention Pending Final Revocation Hearing.

✓ BOND SET

✓ Non-surety

_____ Surety  ( ) Cash  ( ) Property  ( ) Corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____

_____

✓ BOND FILED; defendant RELEASED.

_____ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.

**PAGE 2**

Defendant: _____     Case No.: _____

Date: _____

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits _____ RETAINED by the Court _____ RETURNED to counsel