AO442 (Rev. 8/15)    **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 15 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**WARRANT FOR ARREST**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | |
| Eugene Harvey | ) Docket No.: | 1:15-CR-00053-01-TWT |
| | ) | |

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Eugene Harvey and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Supervised Release Violation Petition

charging him with:

New criminal charges/conduct in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_Thomas W. Thrash_     Date: 10/5/20
The Honorable Thomas W. Thrash, Jr.
Chief U.S. District Judge

Bail fixed at $_____ By _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/05/2020 | | |
| DATE OF ARREST | | |
| 10/13/2020 | Matt Keown, DUSM | |

USMS: 66521-019
Fid: 9698271

AO442 (Rev. 8/15)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

### WARRANT FOR ARREST

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | |
| Eugene Harvey | ) Docket No.: | 1:15-CR-00053-01-TWT |
| | ) | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Eugene Harvey and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Supervised Release Violation Petition

charging him with:

New criminal charges/conduct in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_Thomas W. Thrash_    Date: 10/5/20
The Honorable Thomas W. Thrash, Jr.
Chief U.S. District Judge

Bail fixed at $_____ By _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 10/05/20 | | |
| DATE OF ARREST | | |
| 10/13/20 | Keaver, Matt / DUSM | C/O Chance Hutto / SDUSM |

USMS: 66521-019
Fid: 9698271